RANDY GROSSMAN
United States Attorney
Sandor A. Callahan
Assistant U.S. Attorney
California Bar No. 318200
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8413
Fax: (619) 546-0510
Email: sandor.callahan@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-206-LL |
|---|---|
| Plaintiff, | Date: July 11, 2022<br>Time: 1:30 am |
| v. | **THE UNITED STATES'** |
| JOSELYN PONCE MERCADO, | **SENTENCING SUMMARY CHART** |
| Defendant. | **AND MOTION UNDER USSG § 3E1.1(b)** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, RANDY GROSSMAN, United States Attorney, and Sandor A. Callahan, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart and Motion under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: July 1, 2022                           Respectfully submitted,

                                                                                  RANDY GROSSMAN
                                                                                 United States Attorney

                                                                                 */s/ Sandor A. Callahan*
                                                                                 Sandor A. Callahan
                                                                                 Assistant U.S. Attorney
                                                                                 United States of America

# SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO ☐
AUSA ☒
DEF ☐

**Sentencing Date:** July 11, 2022

Defendant's Name: JOSELYN PONCE MERCADO      Docket No.: 22-CR-206-LL

Attorney's Name: Sandor A. Callahan      Phone No.: (619) 546-8413

Guideline Manual Used: November 1, 2018      Agree with USPO Calc.: N/A

Base Offense Level: USSG § 2D1.1(c)(1) -   21.80 kg   Methamphetamine (actual)   38
Reduced Base Offense Level for Minor Role: USSG § 2D1.1(a)(5)   34
Specific Offense Characteristics: Safety Valve USSG §§ 2D1.1(b)(18) & 5C1.2   -2
_____   0
_____   0
_____   0
_____   0

Victim Related Adjustment: ___
Adjustment for Role in the Offense: -2
Adjustment for Obstruction of Justice: ___
Adjustment for Reckless Endangerment: ___

**Adjusted Offense Level:** 30
(☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [☒ Gov. Motion under § 3E1.1(b)]   -3

**Total Offense Level:** 27

Criminal History Score: ___
Criminal History Category: (☐ Career Offender  ☐ Armed Career Criminal)   I

Guideline Range:        from 70 mths
(Range limited by: ☐ minimum mand. ☐ statutory maximum)      to 87 mths
Departures:
USSG §5K3.1 - Fast Track   -4
_____

Resulting Guideline Range: Adjusted Offense Level: 23      from 46 mths
                                                            to 57 mths

**RECOMMENDATIONS: 32 months, 3 years' Supervised Release, $100 Special Assessment.**

*Minor Role: After a close review of all the facts, it seems that Defendant acted as a mere courier. Defendant did not appear to exercise any significant authority, was not involved in the planning, and knew very little about the scope or structure of the organization, and is thus substantially less culpable than the average participant. In addition, Defendant did not know the type or quantity of drugs in the car, and did not observe the drugs beings placed in the car. Finally, Defendant was told that when she crossed she would receive a call and would be told where to drop the drugs. *After considering the § 3553(a) factors, the United States believes the recommended sentence is sufficient but not greater than necessary. PSR ¶¶ 14-17, 82, 88.